JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE TAYLOR, individually and on behalf of other individuals similarly situated,<br><br>  Plaintiff,<br><br> v.<br><br>SAM'S WEST, INC. dba SAM'S CLUB, an Arkansas corporation; and DOES 1 through 100, inclusive<br><br>  Defendant. | CASE NO. 2:20-cv-05380-DSF-JC<br>[Assigned to: Judge Dale S. Fischer<br>Referred to: Magistrate Judge Jacqueline Chooljian]<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL** |

# ORDER

Pursuant to Plaintiff's Request of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1), IT IS ORDERED that this action is dismissed without prejudice. Each party shall bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: April 6, 2022

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE